

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1061-19

### ORLANDO ORTIZ, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL UNDER TEX. CODE CRIM. PROC. Art 44.04(h) LA SALLE COUNTY

*Per curiam.*

### O R D E R

Appellant was convicted of assault family violence by occlusion in Cause No. 17-05-00056-CRL in the 218TH District Court of La Salle County. Punishment was assessed at confinement for 40 years. The Court of Appeals reversed the conviction. *Ortiz v. State*, No. 04-18-00430-CR (Tex. App.– San Antonio, September 11, 2019). The State filed a petition for discretionary review which was granted and the case is currently pending before this Court. No. PD-1061-19.

Appellant has filed an application under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. Accordingly, bail is hereby set in the amount of $60,000, and it is ORDERED that the trial court order Appellant released from confinement assessed in this cause upon the posting of bail. Any sureties must be approved by the trial court.

Entered December 9, 2019.
Do Not Publish